# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

154530

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 154530
COA: 332779
Macomb CC: 2015-001454-FH

ERIC JOSEPH WILLIAMS,
        Defendant-Appellant.

_____/

 By order of March 7, 2017, the application for leave to appeal the August 11, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Horton* (Docket No. 150815). On order of the Court, the case having been decided on July 25, 2017, 500 Mich 1034 (2017), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



s0209

Clerk